**United States Bankruptcy Court**
**District of Connecticut**

In re   **Sobelmar Antwerp, Inc., et al.**                              Case No.
              Debtor(s)                                                              Chapter   **11**

### CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and complete mailing address including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|
| Bureau Veritas Lyon<br>Departement Des Comptabilites<br>France, 41, Chemin Des Peupliers Bp. 100 69573 Dardilly Cedex<br>France | | | $79,033.07 |
| Lukoil Marine Lubricants DMCC<br>JBC 4 Tower, Unit No. 1506, 15th Fl.<br>Jumeirah Lakes Towers,<br>P.O. Box 487718, Dubai<br>United Arab Emirates | | | $72,935.05 |
| Barthels + Luders Hamburg<br>Hermann -Blohm -Str 2<br>D20457, Hamburg<br>Germany | | | $59,102.42 |
| Marlink, Astrium Services Businness Communications Sa,<br>Rue De Stalle Straat 140,<br>B-180 Brussels<br>Belgium | | | $57,528.01 |
| Seven Seas Shipping Lines<br>Kashfia Plaza, 923/A, Sk Mujib Road, Agrabab C/A<br>Chittagong-4100<br>Bangladesh | | | $35,172.78 |
| Sinwa (Singapore) Pte Ltd<br>28 Joo Koon Circle,<br>Singapore 629057<br>Singapore | | | $20,428.23 |

#4841581.2

-2-

| | | | |
|---|---|---|---|
| Chartco Limited<br>Unit 4,Voltage Mollison Avenue<br>Enfield Middlesex En3 7xq<br>United Kingdom | | | $16,791.53 |
| Blue Water Shipping Co.<br>4739 Utica Street, Suite 103<br>Metaire, Louisiana 70006 | | | $15,658.27 |
| Wrist Europe<br>Stigsborgvej 60,<br>P.O.Box 215<br>Dk-9400 Noerresundby<br>Denmark | | | $15,466.77 |
| Banchero Costa Progetti<br>16121 Genova,<br>Via Pammatone 2<br>Italy | | | $12,829.89 |
| Sobelmar SPB Kantoor<br>Ul. Tallinskaya Dom 7, Lit 1<br>195196 St-Petersburg<br>Russia | | | $12,500.00 |
| Gretsky A | | | $10,000.00 |
| Wilhelmsen Ships Service<br>Strandvn. 20<br>PO Box  33<br>1324-Lysaker<br>Norway | | | $7,748.58 |
| BV Marine Belgium & Luxembourg N.V.<br>Mechelsesteenweg 128-136,<br>B-2018 Antwerpen<br>Belgium | | | $7,291.09 |
| TTS NMF Gmbh<br>Neuenfelder Faehrdeich 120,<br>D-21129 Hamburg<br>Germany | | | $6,514.48 |

#4841581.2

-3-

| | | | |
|---|---|---|---|
| Baltsuply Ltd<br>32/1 Liter A,<br>Marshala Zhukova Str., Off.<br>1-H, St-Petersburg 198303<br>Russia | | | $4,241.07 |
| Lankhorst Touwfabrieken Bv<br>Po Box 1039<br>3300 Ba Dordrecht<br>The Netherlands | | | $3,495.82 |
| Nepa Shipping Pte Ltd<br>190, Middle Road #04-20 Fortune Centre, Singapore 188979<br>Singapore | | | $2,964.80 |
| Kozinets Sergey | | | $2,940.00 |
| Saga Shipping A/S<br>Saga Shipping As, Oliekajen 7<br>PO Box 48<br>Dk-9900, Skagen<br>Denmark | | | $2,742.89 |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, Vladimir Terechtchenko, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 17, 2015**         Signature  **/s/ Vladimir Terechtchenko**
                                              Vladimir Terechtchenko
                                              Managing Director

-3-

#4841581.2