**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>Sobelmar Antwerp N.V.<br><br>Debtors. | Chapter 11<br>Case No. 15-20423 (AMN)<br>(Jointly Administered) |

**AMENDED CREDITOR MATRIX**

Baltsuply Ltd
32/1 Liter A
Marshala Zhukova Str., Off. 1-H
St-Petersburg 198303
Russia

Banchero Costa Progetti
16121 Genova
Via Pammatone 2
Italy

Barthels + Luders Hamburg
Hermann -Blohm -Str 2
D20457, Hamburg
Germany

Blue Water Shipping Company
4739 Utica Street, Suite 103
Metaire, Louisiana 70006

Bureau Veritas Lyon
Departement Des Comptabilites France
41, Chemin Des Peupliers Bp. 100
69573 Dardilly Cedex
France

BV Marine Belgium & Luxembourg N.V.
Mechelsesteenweg 128-136
B-2018 Antwerpen
Belgium

#4849594.3

ChartCo Limited
Unit 4,Voltage Mollison Avenue
Enfield Middlesex En3 7xq
United Kingdom

Gretsky A

Holugt Sauer
Sir Rowland Hillstraat 2,
Po Box 6129,
4004 Jt Tiel
The Netherlands

HSH Nordbank AG
Gerhart-Hauptmann-Platz 50
20095 Hamburg
Germany

HSH Nordbank AG
Martensdamm 6
24103 Kiel
Germany

KBC Bank Brasschaat-Centrum - 3107
Bredabaan No 137
2930 Brasschaat
Belgium

Lankhorst Touwfabrieken BV
P.O. Box 1039
3300 Ba Dordrecht
The Netherlands

Lukoil Marine Lubricants DMCC
JBC 4 Tower, Unit No. 1506, 15th Fl.
Jumeirah Lakes Towers,
P.O. Box 487718, Dubai
United Arab Emirates

Marlink
Astrium Services Businness Communications Sa,
Rue De Stalle Straat 140
B-180 Brussels
Belgium

Maritime Broadband Inc.
1143 47th Avenue, 3rd Floor
Long Island City, New York, 11101-5465

Nepa Shipping Pte Ltd
190 Middle Road #04-20 Fortune Centre
Singapore 188979
Singapore

North Star Shipping SA

Nordic Flow Control PTE LTD
5 Kwong Min Road
Singapore 628708
Singapore

Saga Shipping A/S
Oliekajen 7
P.O. Box 48
Dk-9900, Skagen
Denmark

Seven Seas Shipping Lines
Kashfia Plaza, 923/A, Sk Mujib Road
Agrabab C/A
Chittagong-4100
Bangladesh

Sinwa (Singapore) Pte Ltd
28 Joo Koon Circle,
Singapore 629057
Singapore

Sobelmar Spb Kantoor
Ul. Tallinskaya Dom 7, Lit 1
195196 St-Petersburg
Russia

TTS NMF Gmbh
Neuenfelder Faehrdeich 120
D-21129 Hamburg
Germany

Wilhelmsen Ships Service
Strandvn. 20
PO Box 33
1324-Lysaker
Norway

Wingol (British Virgin Islands)
PO2139
PC1515
Nicosia, Cyprus

Wrist Europe
Stigsborgvej 60,
P.O.Box 215
Dk-9400 Noerresundby
Denmark

#4849594.3