## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>    Sobelmar Antwerp N.V., et al.[1]<br><br>    Debtors. | Chapter 11<br>Jointly Administered Under<br>Case No. 15-20423 (AMN) |

### DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF

### (I) EMERGENCY MOTION FOR AUTHORITY TO COMMENCE BELGIAN BANKRUPTCY PROCEEDINGS,

### (II) OBJECTION TO THE ADEQUATE PROTECTION REQUESTED IN THE HSH MOTION FOR RELIEF FROM STAY

Sobelmar Antwerp N.V. and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), by and through their undersigned attorneys, hereby submit this memorandum of law in support of their emergency motion and objection (ECF 242). This memorandum follows the organization and headings of the motion.

### A.   AUTHORITY TO COMMENCE BELGIAN BANKRUPTCY PROCEEDINGS

1.      Belgian law requires Belgian companies to commence bankruptcy proceedings if they are unable to pay their debts as they come due. *See* Law of 8 August 1997 (Bankruptcy Law).[2] Failing same, the company's directors can be held personally and *criminally* liable. *See* Belgian Companies Code, Art. 530; Belgian Criminal Code, Art. 489 *et. seq.*; *see generally Belgium*, THE RESTRUCTURING REVIEW at 36-37 & 42 (8th Ed. 2015) (attached to emergency

---

[1] Case No. 15-20423-Sobelmar Antwerp N.V., Case No, 15-20424-Sobelmar Shipping N.V., Case No. 15-20425-SBM-1 Inc., Case No. 15-20426-SBM-2 Inc., Case No. 15-20427-SBM-3 Inc., Case No. 15-20428-SBM-4 Inc.

[2] The Belgian statues cited herein are not available in English. The Debtors are working to obtain English translations and will file them if located.

#5142056

motion as <u>Exhibit A</u>). Belgian law requires Belgian companies to make certain employee-related payments to both the employees and the government. If a Belgian company fails timely to pay, the directors are personally liable to pay same. *See Id.*

### B. OBJECTIONS TO THE ADEQUATE PROTECTION REQUESTED IN THE HSH MOTION

2.     <u>Adequate Protection</u>. Adequate protection is intended as a consequence of the continuation of the automatic stay, not as a result of the granting of stay relief. It is the failure of adequate protection that leads to stay relief; it is not stay relief that leads to adequate protection. *See* Bankruptcy Code § 364(d)(1) (relief from stay shall be granted "for cause, including the lack of adequate protection".

3.     <u>Cash and Pola Charter Payments</u>. HSH assumes that the Pola earnings comprise HSH's cash collateral. The Debtors have always disputed this and such dispute has never been resolved. *See Expert Witness Rebuttal Report of Professor Doctor Christopher G. Paulus* (ECF 198) (the "<u>Paulus Report</u>") at pp. 21-22. A copy of the Paulus Report is attached at <u>Exhibit A</u>. If HSH can demonstrate that it is entitled to this form of adequate protection even after stay relief is granted, then HSH should be required to prove that the earnings are, in fact, HSH's cash collateral.

4.     In any event, if the Court grants this relief to HSH, the Debtors shall be obligated to commence Belgian insolvency proceedings so that the cash on hand is paid to the Belgian liquidator in order to pay estate expenses, including employee-related obligations, which have a priority over all other claims. *See* Law of 8 August 1997 (Bankruptcy Law); Paulus Report at pp. 9-10. The cash on hand is also insufficient to pay the Carve-Out, *see* ECF 97 at ¶ 8, which is all US Trustee fees and up to $1.2 million for the Debtors' professionals, including Bracewell and

the ordinary course professionals. "All liens and claims of HSH shall be subject to the Carve-Out." *Id.* at § II.A.

5.     <u>Information and Inspection</u>. As noted in the emergency motion, the Debtors are already providing and will continue until stay relief to provide information to HSH, including the information requested on the evening of March 3. *See* <u>Exhibit B</u> to emergency motion.

6.     Today, the Debtors have received an extensive list of document and information requests from an inspector appointed by HSH. *See* Attachment to HSH opposition and reply at ECF 246. To the extent the documents and records are on board the vessels, of course the Debtors will facilitate their inspection. But to the extent HSH is requesting that the Debtors create and/or assemble off-vessel documents and information over the next 36 hours, let alone do so for four vessels, this is not realistic. As it is, the Debtors are still focused on completing their requests to HSH's prior extensive requests. And once stay relief is granted, the Debtors will no longer have any economic interest in the vessels and cannot continue to expend time and incur expense for vessels as to which HSH has stay relief. All documents and records that are on board the vessels will, of course, remain on board for HSH even after stay relief is granted. This is not an issue of denying access to documents and information; it is an issue of continuing to provide new services for HSH's benefit once stay relief has been granted.

7.     <u>Repositioning of the Vessels</u>. The Debtors have started the Kovdor voyage to Malta in accordance with the repositioning order at ECF 245. The Debtors will start the repositioning voyage for the Vyritsa if appropriate instructions from HSH's agent are received prior to the hearing. Once stay relief is granted and the two vessels are turned over, HSH will be responsible for the remaining two vessels (Zarachensk and Brasschaat), not the Debtors.

-3-

8.      <u>Assumption and Assignment of Pola Charters</u>. The Debtors refer the Court to the emergency motion for citations in support of the Debtors' objection to HSH's request for an order compelling the Debtors to assume and assign the Pola contracts.

Respectfully submitted,

**BRACEWELL LLP**

Hartford, CT                           */s/ Evan D. Flaschen*
Dated: March 7, 2016                   Evan D. Flaschen ct10660
                                       Katherine L. Lindsay ct27971
                                       BRACEWELL LLP
                                       Evan.Flaschen@bracewelllaw.com
                                       Kate.Lindsay@ bracewelllaw.com
                                       CityPlace I
                                       185 Asylum Street, 34th Floor
                                       Hartford, CT 06103
                                       Telephone: (860) 947-9000
                                       Facsimile: (800) 404-3970

                                       *Counsel for the Debtors*
                                       *and Debtors in Possession*

-4-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2016, a true and correct copy of the foregoing document was served via electronic mail to (a) Office of the United States Trustee for Region 2; (b) the Debtors' prepetition secured lenders and (c) the Consolidated List of Creditors Holding the 20 Largest Unsecured Claims, as listed on the attached Service List. Service to all parties who have requested notice on this case were served by operation of the Court's CM/ECF system.

*/s/ Evan D. Flaschen*
Evan D. Flaschen

#5142056

## SERVICE LIST

| U.S. Trustee | |
|---|---|
| Office of the United States Trustee - Region 2<br>Giamo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>Email: Abigail.Hausberg@usdoj.gov<br>　　　　Holley.L.Claiborn@usdoj.gov<br>Facsimile: 203-773-2217 | |
| **Secured Creditors** | |
| HSH Nordbank AG<br>Gerhart-Hauptmann-Platz 50<br>20095 Hamburg<br>Germany<br><br>HSH Nordbank AG<br>Martensdamm 6<br>24103 Kiel<br>Germany<br>Email: daria.schoenfeld@hsh-nordbank.com<br>　　　　joerg.schelp@hsh-nordbank.com | KBC Bank Brasschaat-Centrum - 3107<br>Bredabaan No 137<br>2930 Brasschaat<br>Belgium<br>Email: annick.claes@kbc.be<br>　　　　ivo.keersse@kbc.be<br>Facsimile : +323 650 31 83 |
| Counsel to HSH Nordbank AG<br>Alfred E. Yudes, Jr.<br>John G. Kissane<br>Jane Freeberg Sarma<br>Neil A. Quartaro<br>Watson Farley & Williams LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Email:  AYudes@wfw.com<br>　　　　JKissane@wfw.com<br>　　　　JFreebergSarma@wfw.com<br>　　　　NQuartaro@wfw.com | Local Counsel to HSH Nordbank AG<br>Michael R. Enright, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>E-mail: menright@rc.com<br>Facsimile: (860) 275-8299 |
| Counsel to KBC Bank N.V.<br>Benjamin D. Feder<br>Lauren Schlussel<br>Eric R. Wilson<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Email: lschlussel@kelleydrye.com<br>　　　　bfeder@kelleydrye.com | Counsel to KBC Bank N.V.<br>Elizabeth W. Swedock<br>Kelley Drye & Warren LLP<br>400 Atlantic Street<br>Stamford, CT 06901<br>Email: eswedock@kelleydrye.com<br>Facsimile: (203) 327-2669 |

#4842636.8

| | |
|---|---|
| ewilson@kelleydrye.com | |
| Maritime Broadband Inc.<br>1143 47th Avenue, 3rd Floor<br>Long Island City, NY 11101-5465<br>Email: accounting@maritimebroadband.com | |
| **20 Largest Unsecured Creditors** ||
| Bureau Veritas Lyon<br>Departement Des Comptabilites France, 41,<br>Chemin Des Peupliers Bp. 100 69573 Dardilly<br>Cedex<br>France<br>Email: dns_cpa@bureauveritas.com<br>Facsimile : 33 (0)1 55 24 70 51 | Lukoil Marine Lubricants DMCC<br>JBC 4 Tower, Unit No. 1506, 15th Fl.<br>Jumeirah Lakes Towers,<br>P.O. Box 487718, Dubai<br>United Arab Emirates<br>Email: luboilorder@lukoil.com<br>Facsimile: +7812 459 1903 |
| Barthels + Luders Hamburg<br>Hermann -Blohm -Str 2<br>D20457, Hamburg<br>Germany<br>Email: service@barthels-lueders.com<br>Facsimile : +49-40-31188-155 | Marlink, Astrium Services Business<br>Communications Sa,<br>Rue De Stalle Straat 140,<br>B-180 Brussels<br>Belgium<br>Email: mss.billing@marlink.com<br>Facsimile : +32 23 717 111 |
| Seven Seas Shipping Lines<br>Kashfia Plaza, 923/A, Sk Mujib Road,<br>Agrabab C/A<br>Chittagong-4100<br>Bangladesh<br>Email: ops@sevenseasshippingbd.com<br>Facsimile: +88 041 2830308 | Sinwa (Singapore) Pte Ltd<br>28 Joo Koon Circle,<br>Singapore 629057<br>Singapore<br>Email: sinwa@sinwaglobal.com<br>Facsimile: 65-68628300 |
| Chartco Limited<br>Unit 4, Voltage Mollison Avenue Enfield<br>Middlesex En3 7xq<br>United Kingdom<br>Email: creditcontrol@chartco.com<br>Facsimile: +44 (0) 199 280 5410 | Blue Water Shipping Co.<br>4739 Utica Street, Suite 103<br>Metaire, Louisiana 70006<br>Email: missriver@bluewatershipping.com<br>Facsimile: 504 455 86 50 |
| Wrist Europe<br>Stigsborgvej 60,<br>P.O. Box 215<br>Dk-9400 Noerresundby<br>Denmark<br>Email: wrist@wrist.dk<br>Facsimile: +45 98 16 58 33 | Banchero Costa Progetti<br>16121 Genova,<br>Via Pammatone 2<br>Italy<br>Email: handy@bancosta.com<br>Facsimile: 010 5631215-0105631388 |

#4842636.8

| | |
|---|---|
| Sobelmar SPB Kantoor<br>Ul. Tallinskaya Dom 7, Lit 1<br>195196 St-Petersburg<br>Russia<br>Email: sobelmarnb@gmail.com<br>Facsimile: +7 812 318 19 57 | Wilhelmsen Ships Service<br>Strandvn. 20<br>PO Box  33<br>1324-Lysaker<br>Norway<br>Email: wss.info@wilhelmsen.com<br>Facsimile: +47 67 58 47 30 |
| Gretsky Aleksandr<br>Email: irina@inok.onego.ru | Kozinets Sergey<br>Email: sobelmarnb@gmail.com<br>Facsimile: +7 812 318 19 57 |
| BV Marine Belgium & Luxembourg N.V.<br>Mechelsesteenweg 128-136,<br>B-2018 Antwerpen<br>Belgium<br>Email: smsbelgium@be.bureauveritas.com<br>Facsimile: +32 32 47 94 99 | TTS NMF Gmbh<br>Neuenfelder Faehrdeich 120,<br>D-21129 Hamburg<br>Germany<br>Email: info@nmf-crane.de<br>Facsimile: +49 40 55 43 61 900 |
| Baltsupply Ltd<br>32/1 Liter A,<br>Marshala Zhukova Str., Off.<br>1-H, St-Petersburg 198303<br>Russia<br>Email: baltsupply@gmail.com<br>Facsimile: +7 812 438-23-30 | Lankhorst Touwfabrieken Bv<br>Po Box 1039<br>3300 Ba Dordrecht<br>The Netherlands<br>Email: invoice@lankhorstropes.com<br>Facsimile: +31 (0)78 6117 750 |
| Nepa Shipping Pte Ltd<br>190, Middle Road #04-20 Fortune Centre,<br>Singapore 188979<br>Singapore<br>Email: nepasin@lycos.com<br>      ops.nepasin@gmail.com<br>Facsimile: +65  62 23 90 28 | Saga Shipping A/S<br>Saga Shipping  As, Oliekajen 7<br>PO Box 48<br>Dk-9900, Skagen<br>Denmark<br>Email: saga@saga-shipping.dk<br>Facsimile: +45 9845 0029 |
| Holugt Sauer<br>Sir Rowland Hillstraat 2<br>P.O. Box 6129<br>4004 Jt Tiel<br>The Netherlands<br>Email: info@holugt-sauer.com<br>Facsimile: Fax: +0031 0344-630640 | Nordic Flow Control PTE Ltd.<br>5 Kwong Min Road<br>Singapore 628708<br>Singapore<br>Email: swchu@nordicflowcontrol.com<br>Facsimile: +65 6848-4411 |
| Wingol Chartering<br>Mr. Igor Sechko<br>gorsin@gmail.com | |

#4842636.8