**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>    Sobelmar Antwerp N.V., et al.[1]<br><br>    Debtors. | Chapter 11<br>Jointly Administered Under<br>Case No. 15-20423 (AMN) |

## DEBTORS' REPLY TO HSH OPPOSITION

    HSH filed its opposition and reply (ECF 246) to the Debtors' motion and objection (ECF 242).

    1.    HSH's opposition acknowledges that this Court requested that the parties seek to reach agreement on the MOU. In fact, as of the time of the filing of this reply, HSH still has not even responded to the Debtors' most recent draft of the MOU, which was sent on February 26.

    2.    In opposing authority to commence Belgian bankruptcy proceedings, HSH does not dispute – or even mention – Belgian legal requirements as to mandatory commencement of bankruptcy proceedings or the possibility of statutory civil and criminal sanctions against directors for failing to comply with either the bankruptcy law or with employee-related claims including salaries and severance.

    3.    The Debtors repeatedly cited the Bankruptcy Code for the proposition that a creditor can have stay relief or adequate protection, but not both. HSH does not dispute this, or even mention it.

    4.    The Debtors have not refused to assist the inspectors. The Debtors simply do not have enough bandwidth to create new information and assemble off-vessel documents in the

---

[1] Case No. 15-20423-Sobelmar Antwerp N.V., Case No, 15-20424-Sobelmar Shipping N.V., Case No. 15-20425-SBM-1 Inc., Case No. 15-20426-SBM-2 Inc., Case No. 15-20427-SBM-3 Inc., Case No. 15-20428-SBM-4 Inc.

-1-

limited time remaining before stay relief, particularly in the context of HSH's prior voluminous information request that the Debtors' remaining non-financial employees – none of whom are related to Mr. Terechtchenko notwithstanding HSH's allegation at the last hearing to the contrary – are still responding to.

5. As at the last hearing, HSH insinuates again that the Debtors are being difficult unless they are "taken care of." ECF 246 ¶ 6. Not correct. The Debtors are trying desperately to avoid the statutory requirement to commence bankruptcy proceedings and the statutory imposition of civil and criminal sanctions against directors under the circumstances that may present themselves here.

6. HSH does not dispute – or even mention – the Debtors' argument that the Debtors can be compelled to move to assume and assign the Pola contracts. Nor does HSH dispute – or even mention – the series of reasons provided by the Debtors in support of their business judgment not to pursue such a motion.

7. HSH argues, in the alternative, that the Debtors' cash should be transferred to the US Webster accounts. Belgian law requires a Belgian company to maintain in Belgian accounts a sufficient amount to pay employee-related salaries and severance when they come due. As discussed several times earlier in these cases, the Belgian government actually debits directly a Belgian company's Belgian accounts for social obligations, unlike here where a company is simply required to withhold such amounts from paychecks.

8. The Debtors did not make their own quandary. The current market daily TCE (time charter equivalent, an industry standard) for handymax dry bulk vessels is around $1500. The Debtors presented a proposed 5-year charter at a TCE of $5500 for the first two years and increasing thereafter. The Debtors acknowledge that this was lower in the first two years than

#5142296

what was contemplated in the agreed plan term sheet, and the Debtors acknowledge that HSH did not have to agree to the changed terms. But to term current market conditions, particularly in light of a proposed TCE more than 3-1/2 times higher than market, as being the result of the Debtors' "self-inflicted financial dilemmas," ECF 246 ¶ 11, is unfair and unwarranted.

9. The Debtors would still prefer to work with HSH but HSH does not prefer to work with the Debtors. That is HSH's right, but the Debtors cannot be compelled to work with HSH anyway even after stay relief. HSH has not cited a single authority that provides otherwise.

          Respectfully submitted,

          **BRACEWELL LLP**

| Hartford, CT | */s/ Evan D. Flaschen* |
|---|---|
| Dated: March 7, 2016 | Evan D. Flaschen ct10660 |
| | Katherine L. Lindsay ct27971 |
| | BRACEWELL LLP |
| | Evan.Flaschen@bracewelllaw.com |
| | Kate.Lindsay@ bracewelllaw.com |
| | CityPlace I |
| | 185 Asylum Street, 34th Floor |
| | Hartford, CT 06103 |
| | Telephone: (860) 947-9000 |
| | Facsimile: (800) 404-3970 |
| | |
| | *Counsel for the Debtors* |
| | *and Debtors in Possession* |

#5142296

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2016, a true and correct copy of the foregoing document was served via electronic mail to (a) Office of the United States Trustee for Region 2; (b) the Debtors' prepetition secured lenders and (c) the Consolidated List of Creditors Holding the 20 Largest Unsecured Claims, as listed on the attached Service List. Service to all parties who have requested notice on this case were served by operation of the Court's CM/ECF system.

                                                */s/ Evan D. Flaschen*
                                                 Evan D. Flaschen

#5142296

3/3/2016

# SERVICE LIST

| U.S. Trustee | |
|---|---|
| Office of the United States Trustee - Region 2<br>Giamo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>Email: Abigail.Hausberg@usdoj.gov<br>            Holley.L.Claiborn@usdoj.gov<br>Facsimile: 203-773-2217 | |
| **Secured Creditors** | |
| HSH Nordbank AG<br>Gerhart-Hauptmann-Platz 50<br>20095 Hamburg<br>Germany<br><br>HSH Nordbank AG<br>Martensdamm 6<br>24103 Kiel<br>Germany<br>Email: daria.schoenfeld@hsh-nordbank.com<br>            joerg.schelp@hsh-nordbank.com | KBC Bank Brasschaat-Centrum - 3107<br>Bredabaan No 137<br>2930 Brasschaat<br>Belgium<br>Email: annick.claes@kbc.be<br>            ivo.keersse@kbc.be<br>Facsimile : +323 650 31 83 |
| Counsel to HSH Nordbank AG<br>Alfred E. Yudes, Jr.<br>John G. Kissane<br>Jane Freeberg Sarma<br>Neil A. Quartaro<br>Watson Farley & Williams LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Email:  AYudes@wfw.com<br>            JKissane@wfw.com<br>            JFreebergSarma@wfw.com<br>            NQuartaro@wfw.com | Local Counsel to HSH Nordbank AG<br>Michael R. Enright, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>E-mail: menright@rc.com<br>Facsimile: (860) 275-8299 |
| Counsel to KBC Bank N.V.<br>Benjamin D. Feder<br>Lauren Schlussel<br>Eric R. Wilson<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Email: lschlussel@kelleydrye.com<br>            bfeder@kelleydrye.com | Counsel to KBC Bank N.V.<br>Elizabeth W. Swedock<br>Kelley Drye & Warren LLP<br>400 Atlantic Street<br>Stamford, CT 06901<br>Email: eswedock@kelleydrye.com<br>Facsimile: (203) 327-2669 |

| | |
|---|---|
| ewilson@kelleydrye.com | |
| Maritime Broadband Inc.<br>1143 47th Avenue, 3rd Floor<br>Long Island City, NY 11101-5465<br>Email: accounting@maritimebroadband.com | |
| **20 Largest Unsecured Creditors** ||
| Bureau Veritas Lyon<br>Departement Des Comptabilites France, 41, Chemin Des Peupliers Bp. 100 69573 Dardilly Cedex<br>France<br>Email: dns_cpa@bureauveritas.com<br>Facsimile : 33 (0)1 55 24 70 51 | Lukoil Marine Lubricants DMCC<br>JBC 4 Tower, Unit No. 1506, 15th Fl.<br>Jumeirah Lakes Towers,<br>P.O. Box 487718, Dubai<br>United Arab Emirates<br>Email: luboilorder@lukoil.com<br>Facsimile: +7812 459 1903 |
| Barthels + Luders Hamburg<br>Hermann -Blohm -Str 2<br>D20457, Hamburg<br>Germany<br>Email: service@barthels-lueders.com<br>Facsimile : +49-40-31188-155 | Marlink, Astrium Services Business Communications Sa,<br>Rue De Stalle Straat 140,<br>B-180 Brussels<br>Belgium<br>Email: mss.billing@marlink.com<br>Facsimile : +32 23 717 111 |
| Seven Seas Shipping Lines<br>Kashfia Plaza, 923/A, Sk Mujib Road, Agrabab C/A<br>Chittagong-4100<br>Bangladesh<br>Email: ops@sevenseasshippingbd.com<br>Facsimile: +88 041 2830308 | Sinwa (Singapore) Pte Ltd<br>28 Joo Koon Circle,<br>Singapore 629057<br>Singapore<br>Email: sinwa@sinwaglobal.com<br>Facsimile: 65-68628300 |
| Chartco Limited<br>Unit 4, Voltage Mollison Avenue Enfield<br>Middlesex En3 7xq<br>United Kingdom<br>Email: creditcontrol@chartco.com<br>Facsimile: +44 (0) 199 280 5410 | Blue Water Shipping Co.<br>4739 Utica Street, Suite 103<br>Metaire, Louisiana 70006<br>Email: missriver@bluewatershipping.com<br>Facsimile: 504 455 86 50 |
| Wrist Europe<br>Stigsborgvej 60,<br>P.O. Box 215<br>Dk-9400 Noerresundby<br>Denmark<br>Email: wrist@wrist.dk<br>Facsimile: +45 98 16 58 33 | Banchero Costa Progetti<br>16121 Genova,<br>Via Pammatone 2<br>Italy<br>Email: handy@bancosta.com<br>Facsimile: 010 5631215-0105631388 |

#4842636.8

| | |
|---|---|
| Sobelmar SPB Kantoor<br>Ul. Tallinskaya Dom 7, Lit 1<br>195196 St-Petersburg<br>Russia<br>Email: sobelmarnb@gmail.com<br>Facsimile: +7 812 318 19 57 | Wilhelmsen Ships Service<br>Strandvn. 20<br>PO Box 33<br>1324-Lysaker<br>Norway<br>Email: wss.info@wilhelmsen.com<br>Facsimile: +47 67 58 47 30 |
| Gretsky Aleksandr<br>Email: irina@inok.onego.ru | Kozinets Sergey<br>Email: sobelmarnb@gmail.com<br>Facsimile: +7 812 318 19 57 |
| BV Marine Belgium & Luxembourg N.V.<br>Mechelsesteenweg 128-136,<br>B-2018 Antwerpen<br>Belgium<br>Email: smsbelgium@be.bureauveritas.com<br>Facsimile: +32 32 47 94 99 | TTS NMF Gmbh<br>Neuenfelder Faehrdeich 120,<br>D-21129 Hamburg<br>Germany<br>Email: info@nmf-crane.de<br>Facsimile: +49 40 55 43 61 900 |
| Baltsupply Ltd<br>32/1 Liter A,<br>Marshala Zhukova Str., Off.<br>1-H, St-Petersburg 198303<br>Russia<br>Email: baltsupply@gmail.com<br>Facsimile: +7 812 438-23-30 | Lankhorst Touwfabrieken Bv<br>Po Box 1039<br>3300 Ba Dordrecht<br>The Netherlands<br>Email: invoice@lankhorstropes.com<br>Facsimile: +31 (0)78 6117 750 |
| Nepa Shipping Pte Ltd<br>190, Middle Road #04-20 Fortune Centre,<br>Singapore 188979<br>Singapore<br>Email: nepasin@lycos.com<br>       ops.nepasin@gmail.com<br>Facsimile: +65  62 23 90 28 | Saga Shipping A/S<br>Saga Shipping As, Oliekajen 7<br>PO Box 48<br>Dk-9900, Skagen<br>Denmark<br>Email: saga@saga-shipping.dk<br>Facsimile: +45 9845 0029 |
| Holugt Sauer<br>Sir Rowland Hillstraat 2<br>P.O. Box 6129<br>4004 Jt Tiel<br>The Netherlands<br>Email: info@holugt-sauer.com<br>Facsimile: Fax: +0031 0344-630640 | Nordic Flow Control PTE Ltd.<br>5 Kwong Min Road<br>Singapore 628708<br>Singapore<br>Email: swchu@nordicflowcontrol.com<br>Facsimile: +65 6848-4411 |
| Wingol Chartering<br>Mr. Igor Sechko<br>gorsin@gmail.com | |

#4842636.8